**SO ORDERED: June 3, 2013.**



_____
James M. Carr
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FREDRICK WILLIAM KAUFMAN, | ) | Case No. 12-06883-JMC-7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| THOMAS J. SAMPSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 12-50293 |
| | ) | |
| FREDRICK WILLIAM KAUFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Trial on this matter was held on March 27, 2013, wherein the plaintiff appeared in person and by counsel, Christopher E. Baker and Bradley J. Buchheit; the defendant appeared in person and by counsel, William J. Tucker. At the conclusion of the trial, the Court took ruling on

the matter under advisement and directed the parties to submit proposed findings of fact and conclusions of law.

In accordance with the written Findings of Fact and Conclusions of Law entered contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of the plaintiff and against the defendant and that the $36,000.00 debt owed by the defendant to the plaintiff is NONDISCHARGEABLE and is excepted from discharge.

# # #